| AO-10 Rev. 1/2002 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2002 _2004_ | Report Required by the Ethics in Government Act of 1978, (5 U.S.C. App. §§101-111) |

| 1. Person Reporting (Last name, first, middle initial) Charles R. Norgle, Sr. | 2. Court or Organization U.S.Dist. Ct. N.D. ILL | 3. Date of Report 5/13/ 05 |

**4. Title** *(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)*
U.S. District Judge

**5. Report Type (check appropriate type)**
___ Nomination, Date _____
___ Initial    _X_ Annual    ___ Final

**6. Reporting Period**
1/01/ 04   12/31/ 04

**7. Chambers or Office Address**
219 S. Dearborn St (2346)
Chicago, IL 60604

**8.** On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.

Reviewing Officer _____   Date _____

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐ NONE (No reportable positions.) | |
| 1 Adjunct Faculty, Northwestern University School of Law (Chicago) | |
| 2 Adjunct Faculty, John Marshall Law School (Chicago) | |
| 3 | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| [X] NONE (No reportable agreements.) | |
| 1 None | |
| 2 | |
| 3 | |

FINANCIAL DISCLOSURE OFFICE   RECEIVED MAY 17 11 55 AM '05

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of Instructions.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| ☐ NONE (No reportable non-investment income.) | | |
| 1 | Northwestern University School of Law | 2,000 $ |
| 2 | John Marshall Law School | $15,000 $ |
| 3 | Elmhurst College   P/T Spouse | N/A |
| 4 | | $ |
| 5 | | $ |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| SOURCE | DESCRIPTION |
|---|---|
| ☒ **NONE** (No such reportable reimbursements.) | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| ☒ **NONE** (No such reportable gifts.) | | |
| | | $ |
| | | $ |
| | | $ |
| | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

| CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|
| ☐ NONE (No reportable liabilities.) | | |
| U.S. Dept. Education, ▉▉▉ College Educations | Loans for ▉▉▉ | "J" |
| I.D.D.A. (CORUS BANK), ▉▉▉ College Educantions | Loans for ▉▉▉ | "K" |
| | | |
| | | |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)

| Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, int.) | Gross Value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, | | | | | | | | | SOLD OPEN MKT |
| 1 LW | | | G | T | BUY | 3/04 | Ⓖ | D | |
| 2 DB | | | J | T | BUY | 4/04 | J | B | |
| 3 DIS | | | F | T | BUY | 6/04 | F | A | |
| 4 BKHM | | | D | T | BUY | 8/04 | D | A | |
| 5 ADCT | | | F | T | BUY | 12/04 | F | A | |
| 6 MSN | | | D | T | BUY | 6/04 | D | A | |
| 7 GE | DIV A | | F | T | BUY | 1/04 | F | D | |
| 8 FZM | | | F | T | BUY | 4/04 | F | A | |
| 9 NGF | | | K | T | BUY | 7/04 | K | A | |
| 10 NT | | | K | T | BUY | 6/04 | K | A | |
| 11 SIRI | | | F | T | BUY | 7/04 | F | C | |
| 12 STM | | | E | T | BUY | 7/04 | E | A | |
| 13 DFCT | | | E | T | BUY | 4/04 | E | A | |
| 14 SCH | | | E | T | BUY | 7/04 | E | A | |
| 15 XMSR | | | D | T | BUY | 2/04 | D | A | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provi███████████████████████████████████ and Judicial Conference regulations.

5-13-05

Signature ███████████████████████████████    Date  5-13-05

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. App., § 104.)

FILING INSTRUCTIONS